ACCEPTED
01-15-00584-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 11:11:16 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00584-CV

IN THE

FIRST COURT OF APPEALS

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 11:11:16 AM
CHRISTOPHER A. PRINE
Clerk

LORENZO WALKER,

Plaintiff-Appellant

v.

HOUSTON COMMUNITY COLLEGE,

Defendant-Appellee

Appeal from the 80th Judicial District of Harris County (Honorable Larry Weiman, presiding); Trial Cause No. 2012-45866.

**APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW Lorenzo Walker, the Plaintiff-Appellant ("Appellant"), and respectfully moves the Court for Voluntary Dismissal of his appeal from the dismissal of his claims against Houston Community College, Defendant-Appellee ("Appellee").

Appellant filed his Notice of Appeal on June 30, 2015, from the trial court's order granting Appellee's motion for summary judgment, thereby dismissing all of

the Appellant's claims against Appellee, and the order denying Appellant's motion for new trial. Appellant has paid his filing fee for this appeal, there are currently no briefing deadlines, and the Court has not issued an opinion or judgment in this appeal. Appellant seeks no relief against the Appellee through this Motion or the dismissal of his appeal. Appellant has filed a notice of non-suit, with prejudice, in the matter from which she appeals.

Appellee has not sought any relief in this appeal and is unopposed to this Motion.

**PRAYER**

Appellant respectfully prays that the Honorable Court grant this Motion for Voluntary Dismissal of this Appeal with prejudice and providing that each party agrees to bear their own costs, expenses, and attorneys fees.

Respectfully submitted,

WATTS & COMPANY LAWYERS

/s/ *Larry Watts*

Laurence ("Larry") Watts
Texas Bar No. 20981000
Melissa Azadeh
Texas Bar No. 24064851
P.O. Box 2214
Missouri City, Texas 77459
Tel. ( 281) 431-1500
Fax: (877) 797-4055
wattstrial@gmail.com
ATTORNEYS FOR PLAINTIFF-APPELLANT
LORENZO WALKER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December 2015, a true and correct copy of the foregoing document has been served on opposing counsel of record via e-service, if available, and/or by facsimile transmission, to:

Daniel Ramirez
Monty & Ramirez LLP
150 W. Parker Road
Houston, Texas 77076
Fax: 281-493-5983

/s/ *Larry Watts*
Laurence ("Larry") Watts

3